**CLOSED**

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
Joseph Lubertazzi, Jr. (JL-3798)
*Attorneys for Plaintiff Provident Bank*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x

PROVIDENT BANK,

        Plaintiff,

  – against –

ITRIA VENTURES LLC, BIZ2CREDIT INC.,
and RAMIT ARORA,

        Defendants.

---------------------------------------------------------x

Case No. 18 Civ. 14163 (ES) (JAD)

### STIPULATION OF DISMISSAL,
### WITHOUT PREJUDICE AND WITHOUT COSTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the claims of Plaintiff Provident Bank against Defendants Itria Ventures LLC, Biz2Credit Inc. and Ramit Aurora be and are hereby dismissed without prejudice, and that all parties will bear their own costs. The parties further acknowledge and agree that the terms of this Stipulation of Dismissal are exempt from FRCP 41(a)(1)(B) and FRCP 41(d).

Dated: February 1*Y*, 2019

| | |
|---|---|
| **McCARTER & ENGLISH, LLP**<br>Attorneys for Plaintiff Provident Bank<br><br>By: _____<br>Joseph Lubertazzi, Jr.<br>A Member of the Firm | **SEIDMAN & PINCUS, LLC**<br>Attorneys for Defendants Itria Ventures LLC, Biz2Credit Inc. and Ramit Aurora<br><br>By: _____<br>Mitchell Seidman |

Dated: February ___, 2019

McCARTER & ENGLISH, LLP
Attorneys for Plaintiff Provident Bank

By: _____
   Joseph Lubertazzi, Jr.
   A Member of the Firm

SEIDMAN & PINCUS, LLC
Attorneys for Defendants Itria Ventures LLC, Biz2Credit Inc. and Ramit Aurora

By: _____  2/12/19
   Mitchell Seidman

**SO ORDERED**

_____
Hon. Esther Salas, U.S.D.J
Date: February 19, 2019

2

ME1 29129383v.1